IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEBRASKA HABITAT CONSERVATION )
COALITION,                    )
                              )
          Plaintiff,          )       4:03CV3059
                              )
     v.                       )
                              )
UNITED STATES FISH AND        )       ORDER
WILDLIFE SERVICE, an Agency   )
of the United States          )
Department of the Interior;   )
GALE NORTON, Secretary of the )
Interior, STEVEN WILLIAMS,    )
Director of the U.S. Fish and )
Wildlife Service,             )
                              )
          Defendants,         )
_____)
DEFENDERS OF WILDLIFE; CENTER )
FOR BIOLOGICAL DIVERSITY; and )
THE CONSERVATION ALLIANCE OF  )
THE GREAT PLAINS,             )
                              )
     Intervening Defendants.  )
_____)
```

This matter is before the Court on the joint stipulation on the briefing schedule (Filing No. 38). The Court finds said schedule should be adopted. Accordingly,

IT IS ORDERED:

1) Plaintiff will file its motion for summary judgment on or before May 31, 2005;

2) Defendants will file their cross-motion for summary judgment and response to plaintiff's motion on or before July 20, 2005;

3) Defendant-intervenors will file their cross-motion for summary judgment and response to plaintiff's motion for summary judgment on or before July 27, 2005;

4) Plaintiff will file its reply to its motion for summary judgment and respond to the cross-motions for summary judgment on or before August 11, 2005;

5) Defendants will file their reply on or before August 26, 2005; and

6) Defendant-intervenors will file their reply on or before September 2, 2005.

DATED this 3rd day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court