IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA HABITAT CONSERVATION COALITION, ) ) ) | | |
| Plaintiff, ) ) | 4:03CV3059 | |
| v. ) ) | | |
| UNITED STATES FISH AND WILDLIFE SERVICE, an Agency of the United States Department of the Interior; GALE NORTON, Secretary of the Interior, STEVEN WILLIAMS, Director of the U.S. Fish and Wildlife Service, ) ) ) ) ) ) ) ) | ORDER | |
| Defendants, ) _____) | | |
| DEFENDERS OF WILDLIFE; CENTER FOR BIOLOGICAL DIVERSITY; and THE CONSERVATION ALLIANCE OF THE GREAT PLAINS, ) ) ) ) ) | | |
| Intervening Defendants. ) _____) | | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that the defendants' motions for clarification or amendment of the Court's October 13, 2005, Order (Filing Nos. 55 and 57) are denied.

DATED this 8th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court