IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA HABITAT CONSERVATION COALITION, | ) ) ) | |
| Plaintiff, | ) ) | 4:03CV3059 |
| v. | ) ) | |
| UNITED STATES FISH AND WILDLIFE SERVICE, an Agency of the United States Department of the Interior; GALE NORTON, Secretary of the Interior, STEVEN WILLIAMS, Director of the U.S. Fish and Wildlife Service, | ) ) ) ) ) ) ) ) | ORDER |
| Defendants, | ) ) | |
| DEFENDERS OF WILDLIFE; CENTER FOR BIOLOGICAL DIVERSITY; and THE CONSERVATION ALLIANCE OF THE GREAT PLAINS, | ) ) ) ) ) | |
| Intervening Defendants. | ) ) | |

This matter is before the Court on the motion for extension of time (Filing No. 64). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that Federal Defendants' motion is granted; they shall have until November 28, 2005, to respond to plaintiff's motion for attorney fees.

DATED this 14th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court