```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

NEBRASKA HABITAT CONSERVATION )
COALITION,                    )
                              )
            Plaintiff,        )        4:03CV3059
                              )
       v.                     )
                              )
UNITED STATES FISH AND        )        ORDER AND JUDGMENT
WILDLIFE SERVICE, an Agency   )
of the United States          )
Department of the Interior;   )
GALE NORTON, Secretary of the )
Interior, STEVEN WILLIAMS,    )
Director of the U.S. Fish and )
Wildlife Service,             )
                              )
            Defendants,       )
_____)
DEFENDERS OF WILDLIFE; CENTER )
FOR BIOLOGICAL DIVERSITY; and )
THE CONSERVATION ALLIANCE OF  )
THE GREAT PLAINS,             )
                              )
       Intervening Defendants.)
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's motion to reply to the defendant's response (Filing No. 69) is granted;

2) Defendants' motion for leave to file a sur-reply (Filing No. 70) is granted;

3)   Plaintiff's motion for an award of attorneys' fees and costs (Filing No. 62) is granted.  Plaintiff is awarded attorneys' fees of $165,000.00 and costs of $10,368.41.

DATED this 12th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court