IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
NEBRASKA HABITAT CONSERVATION )
COALITION,                    )
                              )
           Plaintiff,         )    4:03CV3059
                              )
      v.                      )
                              )
UNITED STATES FISH AND        )    ORDER TO RETURN RECORDS
WILDLIFE SERVICE, an Agency   )
of the United States          )
Department of the Interior;   )
GALE NORTON, Secretary of the )
Interior, STEVEN WILLIAMS,    )
Director of the U.S. Fish and )
Wildlife Service,             )
                              )
           Defendants,        )
_____)
DEFENDERS OF WILDLIFE; CENTER )
FOR BIOLOGICAL DIVERSITY; and )
THE CONSERVATION ALLIANCE OF  )
THE GREAT PLAINS,             )
                              )
      Intervening Defendants. )
_____)
```

       This case is closed and the appeal time has expired. Accordingly,

       IT IS ORDERED:

       1) The paper administrative record filed as attachments to Filing No. 28 (26 volumes of record, 1 volume of Index and 1 volume of maps) should be returned to counsel for the government for appropriate disposition.  The Court will retain the 3 CD ROMS of the record.

       2) If any party objects to this disposition, they shall file such objection no later than March 13, 2009.  If no

objection is filed, the clerk's office is directed to destroy the documents without further notice to the parties after such date.

DATED this 26th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court